```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT TODD BRUCE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT TODD BRUCE,<br><br>Defendant. | NO. CR-S-11-317 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date:  November 3, 2011<br>Time:  9:00 a.m.<br>Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, ROBERT TODD BRUCE, that the status conference hearing date of Thursday, September 29, 2011, be vacated and a status conference / possible change of plea hearing date of Thursday, November 3, 2011, at 9:00 a.m., be set.

The reason for this continuance is because defense counsel needs additional time for preparation and discovery review of a 5 bank robbery package deal. Pursuant to Fed.R.Crim.P. 20, defense counsel is awaiting the transfer in of three additional Central District bank robberies besides the two Eastern District bank robberies alleged in the Information that is pending before this Court. In addition, defendant is also in custody on another bank robbery conviction, and before the Court under a Writ of Habeas Corpus Ad Prosequendum (Docket entry #4).

///

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including November 3, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and §3161(h)(1)(E) [transfers from other districts], Local Codes T4 and F, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated:  September 27, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
ROBERT TODD BRUCE

Dated: September 27, 2011

BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
Attorney for Plaintiff

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>ROBERT TODD BRUCE,  )<br>  )<br>             Defendant.  )<br>  )<br>_____ ) | NO. CR-S-11-317 MCE<br><br>**ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |

Based on the reasons set forth in the stipulation of the parties filed on September 28, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, September 29, 2011, be vacated and that the case be set for status conference / possible change of plea on **Thursday, November 3, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including November 3, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and §3161(h)(1)(E), Local Codes T4 and F, to provide defense counsel with the reasonable time to prepare taking into account due diligence and for transfers from other districts.

Dated: September 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1