1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ROBERT TODD BRUCE

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    NO. CR-S-11-317 MCE
                                        )
12              Plaintiff,              )
                                        )    **STIPULATION AND ORDER TO CONTINUE**
13        v.                            )    **STATUS CONFERENCE AND TO EXCLUDE**
                                        )    **TIME**
14  ROBERT TODD BRUCE,                  )
                                        )    Date:   December 15, 2011
15              Defendant.              )    Time:   9:00 a.m.
                                        )    Judge:  Morrison C. England, Jr.
16  _____)

17        IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

18  Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon,

19  Assistant Federal Defender, attorney for Defendant, ROBERT TODD BRUCE, that the status conference

20  hearing date of Thursday, November 17, 2011, be vacated and a status conference hearing date of Thursday,

21  December 15, 2011, at 9:00 a.m., be set.

22        The reason for this continuance is because defense counsel has received a revised plea agreement from

23  the government and needs additional time to review it with the client.

24  ///

25  ///

26  ///

27  ///

28  ///

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including December 15, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated:  November 15, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
ROBERT TODD BRUCE

Dated: November 15, 2011

BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
Attorney for Plaintiff

2

## O R D E R

Based on the reasons set forth in the stipulation of the parties filed on November 17, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, November 17, 2011, be vacated and that the case be set for status conference on **Thursday, December 15, 2011, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including December 15, 2011, pursuant to 18 U.S.C.  §3161(h)(7)(B)(iv), Local Code T4, to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated:  November 17, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1