LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
ROBERT TODD BRUCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>ROBERT TODD BRUCE,<br><br>                 Defendant. | Case Nos.: 2:11-cr-0317 DC, 2:11-cr-0439 DC<br><br>ORDER TO CONTINUE SUPERVISED RELEASE VIOLATION DISPOSITIONAL HEARING<br><br>Court:    Hon. Dena M. Coggins<br>Date:     July 1, 2026<br>Time:     9:30 a.m. |

These matters are presently scheduled for a Dispositional Hearing on July 1, 2026.  Mr.

Bruce admitted various violations of his supervised release conditions on May 15, 2026.  The

matter was specially set for a dispositional hearing on Wednesday, July 1, rather than on the

STIPULATION AND ORDER
TO CONTINUE DISPOSITIONAL
HEARING AND SET RESPONSE
SCHEDULE

Court's normal Friday criminal calendar.

Mr. Bruce is housed at the Yuba County Jail, in Marysville, California, an approximate two-hour round trip drive from defense counsel's downtown Sacramento office. The Probation Department released its Dispositional Memorandum to the parties on the afternoon of June 23, 2026. (ECF Document 37 filed in Case Number 439). Defense counsel has not had an opportunity to review the Dispositional Memorandum with Mr. Bruce. Defense counsel has previously scheduled court appearances and a scheduled meeting with a client at FCI, Mendota, which will prevent him from scheduling a meeting to review and discuss the Dispositional Memorandum and the possible defense response to it with Mr. Bruce at the Yuba County Jail until Monday, June 29.

Given the time constraints, the defense requires additional time to review the Dispositional Memorandum with Mr. Bruce, and to discuss and file a potential defense response to it. The defense is therefore requesting to continue the Dispositional Hearing for both matters listed above to August 7, 2026. The government does not oppose the request. The assigned probation officer has been consulted and confirmed her availability on the requested date.

The defense proposes the following schedule regarding the defense response to the Dispositional Memorandum:

1) Defendant's Response and Supporting Materials Due:   July 24, 2026

2) Government's Optional Reply:  July 30, 2026

This request follows an admission to supervised release violations so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Adrian Kinsella has

STIPULATION AND ORDER
TO CONTINUE DISPOSITIONAL
HEARING AND SET RESPONSE
SCHEDULE

reviewed this Stipulation and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED:  June 24, 2026

By     */s/ Todd D. Leras for*
ADRIAN KINSELLA
Assistant United States Attorney

DATED:  June 24, 2026

By     */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ROBERT TODD BRUCE

STIPULATION AND ORDER
TO CONTINUE DISPOSITIONAL
HEARING AND SET RESPONSE
SCHEDULE

## ORDER

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on June 24, 2026, and good cause appearing therefrom, APPROVES the parties' request to continue the Revocation (Disposition) Hearing and adjust the related briefing schedule.  Accordingly, the Revocation (Disposition) Hearing set for July 1, 2026, is VACATED and RESET for August 7, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the defense response to the Dispositional Memorandum be filed by July 24, 2026, and the Government's Optional Reply be filed by July 30, 2026.  Any other materials or briefing the parties want the court to consider shall be filed no later than July 30, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:    **June 24, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION AND ORDER
TO CONTINUE DISPOSITIONAL
HEARING AND SET RESPONSE
SCHEDULE